BEFORE THE FIRST DIVISION, FEBRUARY 3, 1955

**No. 58737.**—S. E. Laszlo et al. v. United States, protests 237438–K, etc. (New York).

Opinion by WILSON, J.   It was stipulated that the merchandise and issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519).   In accordance with stipulation of counsel and following the cited case, the protests were dismissed, and

the matters were remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).